**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00637 CRB |
| Plaintiff, | **ORDER DENYING MOTION TO REDUCE FINE** |
| v. | |
| KENNETH DAVID BRENNER, | |
| Defendant. | |

    For the reasons stated in the government's opposition brief (dkt. 30), the Court DENIES without prejudice Defendant's Motion to Reduce Fine (dkts. 27, 31).

**IT IS SO ORDERED.**

Dated: August 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\637\order denying mot to reduce fine.wpd